AO 91 (Rev. 08/09) Criminal Complaint

FILED BY ꟻP D.C.

JUL 2 5 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>ALEXEY RIVERO-PEREZ,<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 19-8287-DLB<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 16, 2019__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(B) | Possession with intent to distribute over 500 grams of cocaine |

This criminal complaint is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Abraham Reyes, Special Agent, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7-25-2019

_____
*Judge's signature*

City and state: West Palm Beach, Florida

Dave Lee Brannon, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Abraham Reyes, having been duly sworn, hereby depose and state the following:

## INTRODUCTION

1. I am a Special Agent of the Drug Enforcement Administration (DEA) and have been so employed since December of 2005. I am currently assigned to the Miami, Florida Field Division, West Palm Beach District Office, and have been since January of 2016. I have received training on the subject of narcotics trafficking and money laundering from the DEA and have been personally involved in numerous investigations concerning the possession, manufacture, distribution, transportation and importation of controlled substances, as well as the methods used to finance drug transactions and launder drug proceeds. I have personally participated in over 100 narcotics-related arrests, participated in the execution of over 50 search warrants seeking evidence of the distribution of illegal controlled substances wherein drugs and money were seized, have monitored hundreds of wiretapped conversations of drug traffickers, and conducted surveillance on individuals engaged in drug trafficking in the United States, Mexico, Afghanistan and Colombia.

2. The information contained in this affidavit is based on my personal participation in this investigation and from information provided by other federal, state and local law enforcement agents and officers. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint for Alexey RIVERO-PEREZ (aka NEGRO), I have not set forth every fact known to me regarding this investigation. Rather, I have set forth only the facts I believe are necessary to establish probable

cause that RIVERO-PEREZ committed the offense of Possession with Intent to Distribute over 500 grams of Cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

3.   On June 26, 2019, Palm Beach County Sheriff's Office (PBSO) Narcotics Agent Roboam Trimino, acting in an undercover capacity, began negotiating with RIVERO-PEREZ for the purchase of kilogram quantities of cocaine. Agent Trimino conducted all negotiations via telephone with RIVERO-PEREZ, who used telephone number 786-907-8520. These calls were recorded and memorialized.

4.   On July 15 and 16, 2019, Agent Trimino placed controlled and recorded phone calls as well as exchanged text messages with RIVERO-PEREZ at 786-907-8520 confirming and coordinating the delivery of one kilogram of cocaine for $28,500 at the Home Depot located at 6800 Okeechobee Boulevard in West Palm Beach, later that same afternoon. Agent Trimino and PBSO Narcotics Agents then set up for an arrest operation at the predetermined Home Depot Parking Lot.

5.   On July 16, 2019 at 1:34 PM, RIVERO-PEREZ used telephone number 786-907-8520 to call Agent Trimino to advise that he (RIVERO-PEREZ) had arrived at the Home Depot parking lot driving a Dodge Ram pick-up truck. Agent Trimino then verbally guided RIVERO-PEREZ to his undercover vehicle. Upon arriving and parking on the passenger side of Agent Trimino's undercover vehicle, RIVERO-PEREZ asked if he should get into Agent Trimino's vehicle, and Agent Trimino replied affirmatively. Moments later RIVERO-PEREZ exited from the driver's seat of his Dodge Ram pick-up truck, walked directly to Agent Trimino's front passenger seat, and entered. Once the door was closed, Agent Trimino observed that RIVERO-PEREZ was carrying an orange

box cutter and had a huge bulge in his waistband. RIVERO-PEREZ then reached into his waistband and produced a brown plastic Publix shopping bag containing a brick-like package wrapped in black tape resembling a kilogram of cocaine. RIVERO-PEREZ then handed Agent Trimino the package, who then issued the arrest take down signal. PBSO Narcotics Agents then moved in and took RIVERO-PEREZ into custody without incident. Agent Trimino was equipped with audio and video recording devices that memorialized this narcotics transaction. The brick-like package wrapped in black tape subsequently field tested positive for cocaine, and the substance weighed approximately 1,252.8 grams.

6. WHEREFORE, based on the facts as set forth in this affidavit, I submit that there is probable cause to believe that Alexey RIVERO-PEREZ committed the offense of Possession with Intent to Distribute over 500 grams of Cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
ABRAHAM REYES
SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION

Subscribed and sworn and
subscribed before me
this 25th day of July, 2019

_____
DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

3

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name: Alexey RIVERO-PEREZ**

**Case No:** 19-8287-DLB

Count #: 1

Possession with Intent to Distribute over 500 grams of Cocaine

Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)

**\*Max. Penalty:** a mandatory minimum of 5 years, up to 40 years of imprisonment, 4 years (up to life) of supervised release, a $5,000,000 fine and a mandatory $100 special assessment

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-8287-DLB

UNITED STATES OF AMERICA

vs.

ALEXEY RIVERO-PEREZ,
        Defendant,
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? Yes ___ No_X_

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? Yes ___ No_X_

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: *Susan R. Osborne*

Susan R. Osborne
Assistant United States Attorney
Court No. A5500797
500 South Australian Ave, Suite 400
West Palm Beach, Florida 33401
TEL (561) 209-1003